# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00470-CR

### Ex parte Omega Pearl Grainger

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. DCCV-24-136, THE HONORABLE CHRIS SCHNEIDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Omega Pearl Grainger has filed a notice of appeal from the district court's ruling on her pretrial application for writ of habeas corpus, seeking a reduction in the amount of bond. The State has filed an agreed motion to dismiss the appeal, representing that the parties have agreed to Grainger's release on a personal bond with conditions of pretrial release and that Grainger has been released in accordance with that agreement, rendering this appeal moot. *See Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.). The State further represents that it has contacted Grainger's attorney, who has no objection to the motion.

We have no jurisdiction over an appeal that is moot. *See Ex parte Huerta*, 582 S.W.3d 407, 411 (Tex. App.—Amarillo 2018, pet. ref'd). Accordingly, we dismiss the appeal for want of jurisdiction and dismiss the State's motion as moot. *See* Tex. R. App. P. 42.3(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed:   October 18, 2024

Do Not Publish